**FILED**

JUN 1 5 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Toni Patricia Irons Burley, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. **11 1095** |
| | ) | |
| United States Government *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case. Pursuant to 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint upon a determination that it, among other grounds, is frivolous. 28 U.S.C. § 1915 (e)(2)(B)(i).

Plaintiff, a resident of Kingston, New York, sues the United States Government, President Barack Obama, "and administration" for "removing the act of statement and violation of freedom under God the plakes [sic] out of the court rooms In God we trust violation and destroying what our government in the 1600 placed upon us in history." Compl. at 1. The remainder of the three-page complaint is just as puzzling. Nevertheless, plaintiff seeks $200 million "for being treated worse than an animal on the streets and being threaten [sic] to be killed." *Id.* at 3.

A complaint may be dismissed under 28 U.S.C. § 1915(e)(2) as frivolous when it describes fantastic or delusional scenarios, contains "fanciful factual allegation[s]," *Neitzke v.*

(N)

3

*Williams*, 490 U.S. 319, 325 (1989), or lacks "an arguable basis in law and fact." *Brandon v. District of Columbia Bd. of Parole*, 734 F.2d 56, 59 (D.C. Cir. 1984). This complaint qualifies for such treatment. A separate Order of dismissal accompanies this Memorandum Opinion.

_____
United States District Judge

Date: June ____, 2011

2